Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
### for the
### District of Massachusetts

|  |  |
|---|---|
| Stephen Stoute<br><br>_____<br>*Plaintiff(s)*<br>*(Write the full name of each plaintiff who is filing this complaint.*<br>*If the names of all the plaintiffs cannot fit in the space above,*<br>*please write "see attached" in the space and attach an additional*<br>*page with the full list of names.)*<br>-v-<br><br>" See attached ",<br>_____<br>*Defendant(s)*<br>*(Write the full name of each defendant who is being sued. If the*<br>*names of all the defendants cannot fit in the space above, please*<br>*write "see attached" in the space and attach an additional page*<br>*with the full list of names.)* | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No. _____<br>*(to be filled in by the Clerk's Office)*<br><br>Jury Trial: *(check one)* ☐ Yes ☒ No<br><br>U.S. DISTRICT COURT<br>DISTRICT OF MASS.<br>2019 JUN -6 PM 1: 42<br>FILED<br>IN CLERKS OFFICE |

## COMPLAINT FOR A CIVIL CASE

I.    **The Parties to This Complaint**

A.    **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Stephen Stoute |
| Street Address | 50 Meridian St Suite 509 |
| City and County | East Boston       Suffolk |
| State and Zip Code | Massachusetts      02128 |
| Telephone Number | (617) 461-1229 |
| E-mail Address | SJStoute@gmail.com |

B.    **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

Defendant No. 1

Name      City of Everett

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

Defendant No. 2

Name      City of Malden

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

Defendant No. 3

Name      Mike Hogan    In his official and individual capacity

Job or Title *(if known)*    Magistrate of Malden District Court

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

Defendant No. 4

Name      Lt Richard Ditrapano    in his official and individual capacity

Job or Title *(if known)*    Lt of Everett Police department Ward 4

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

Defendant

NO. 5 Steven A Mazzie chief of Police Everett, MA in his official and individual capacity

NO. 6 Erin Deveney chief of Massachusetts Registry of Motor Vehicles in her official and individual capacity

NO. 7 Stephen Sabella Citing officer of Everett Police Dept in his official and individual capacity

NO. 8 Alex Viera backup officer of Everett Police Dept in his official and individual capacity

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question                    ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

first Amendment   personal liberty, life and property and the right to travel
fourth Amendment   Stopand detention, file crrest and unlawful imprisonment
Unwarranted search and seizure
color of law
18. U.S.C Section 241  Conspiracy against rights.

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

   a.    If the plaintiff is an individual

   The plaintiff, *(name)* _____ , is a citizen of the State of *(name)* _____ .

   b.    If the plaintiff is a corporation

   The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ , and has its principal place of business in the State of *(name)*

   _____ .

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

   a.    If the defendant is an individual

   The defendant, *(name)* _____ , is a citizen of the State of *(name)* _____ . Or is a citizen of *(foreign nation)* _____ .

Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

b.    If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under

the laws of the State of *(name)* _____, and has its

principal place of business in the State of *(name)* _____ .

Or is incorporated under the laws of *(foreign nation)* _____ ,

and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy-the amount the plaintiff claims the defendant owes or the amount at stake-is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

please see attached complaint papers

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

- To have the charges removed from Driving Record ( Injunctive relief)
- To pay $260 for charges with the Massachusetts Registry of Motor Vehicle
- To pay $340,000 for 1st, 4th and 14th Amendment violations + 18 U.J.C ss 242
- To pay $140,000 for Emotion distress and damage to reputation
- To pay $500,000 in Punitive damages

total Doesn't include lost wages and other expenses

Page 4 of 5

Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    6/5/2019

Signature of Plaintiff

Printed Name of Plaintiff    Stephen Stoute

### B.    For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address

# Complaint

June 10, 2018   I driving up Revere Beach Pkwy in Everett. I turned into a car wash. A Police officer car pull up behind me. As the officer approached he yelled out what did you just hide. I said nothing. I asked him What he is doing, he claimed I ran a redlight, I stated the light was green he then ask for me for my license and registration I seen he had his hand on his gun. For concern of my life I handed him the license and registration. A second officer arrives and orders me out of my car. he orders me to wait at the back of my car. The citing officer then began searching thru my car. I yelled out you don't have my consent to search my car and you don't have a warrant too. The backup officer has his hand on the gun and states we don't need a warrant and laughs about what they are doing. Nothing is found, The citing officer issued a citation for running a redlight as both officer laugh near their cars.

June 2018   I file a complaint with the attorney general office of Massachusetts. More specifically their Civil rights division

Sept 6, 2018   I showed up to Malden District Court on special appearance to challenge the jurisdiction of the matter for the Citation issued by everett Police on June 10, 2018. I asked the magistrate Mike Hogan if this was a civil or criminal case he states it is civil.

I asked him if there was a verified sworn complaint he didn't answer my question

Lt Ditrapano jumps in and states he is representing the everett Police dept. I asked Lt Ditrapano if he was an injured party, and he stated the same thing again that he was there to represent the everett police dept

please see back side for Continuation of Sept 6, 2018 at Malden District Court

FILED IN CLERKS OFFICE    2019 JUN -6 PM 1: 43    U.S. DISTRICT COURT DISTRICT OF MASS.

I stated to the magistrate that there is no injured party. I also stated the citing officer failed to put his name on the citation. Both the magistrate and Lt Ditrapano that there doesn't need to be an injured party. I stated to the magistrate it appears the injured party is the city of everett and we need to move this matter to a federal court because this court lacks subject matter jurisdiction. I also stated the local government can't be an injured party and a judge and prosecutor to the same case. The magistrate states I am charged with running a stoplight and that I have 20 days from Sept 6, 2018 to pay the citation or loose my right to operate a automobile.

Both the magistrate and Lt Ditrapano laughed at me. I also asked the magistrate for his full name and he repeated refused to do so.

Nov 29, 2018    I was driving up main st in Andover, MA
It was around 2am in the morning of Nov 29, 2018
As I was driving up main st, I had on my interior light so
I read a map. An officer passes by me heading in the
opposite direction. Just after passing by me, the police car turns
around and begins following me up main st. As soon as
I turned right onto Phillips Street the officer puts on his
flasher and I pulled over. After waiting 15 min, An officer
appears on my passenger side and orders me to give him my
license and registration. The officer had his hand on his gun and
for concern of life I was forced to do business with the officer.
I takes my license and registration back to his car. after
5 minutes he returns and issues me a citation for
a suspended license and am told I can't drive my automobile,
leaving me stranded in Andover for night out in the cold.
the suspended license was linked to the registry of motor
vehicles of massachusetts

Nov 29, 2018

After recovery of my automobile from Andover, I went to the registry of motor vehicles in Boston near congress St. I informed the registry of motor vehicles that I had paid all citations. This included a $105 for the citation from the event/police Dept and tow fee of $55. The person I spoke with tells me now I owe the rmv $100 for my license to be reinstated! I tell her I was required to pay the citation up to and including 20 days from the citation which is Sept 26, 2018 she tells me it was late and that I was charged in addition $55. now after paying $55 she stated that the $55 was late and now I need to pay $100 for my license. I stated to her this matter needed to be corrected she tells me she is not going to correct anything. I asked her for her full name and title. She tells me her name is Holly. I asked her again for he full name and title and she refused to do so. Because of the actions of the registry of motor vehicle I was deprived of Liberty, my right to travel freely and un hindered and I was subject to false arrest and stranded in Andover. In addition I was coerced into paying the registry of motor vehicles $100 in order to be able to operate my automobile.

As of Dec of 2018    no action was taken by the attorney generals office, the complaint sat there This required me to have to file a complaint in federal court.

Dec 2018 to present

My insurance has sky rocketed to the point that I am not able to pay it.